# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHEP USA,

      Plaintiff,

         v.

STEVE'S PALLETS & LABOR, INC.,

      Defendant.

1:23CV977

## CONSENT JUDGMENT AND ORDER

**UPON CONSIDERATION** of the Settlement Agreement entered into between the Parties, Plaintiff CHEP USA ("CHEP"), and Defendant Steve's Pallets & Labor, Inc. (the "Defendant"), it is this 28th day of February 2024, **STIPULATED** by the Parties and **ORDERED** that:

1.      CHEP is the sole and exclusive owner of the wooden pallets painted blue and/or marked with "Property of CHEP" (hereafter defined as "CHEP Pallets"). A description of the CHEP Pallets is attached as **Exhibit A**.

2.      CHEP has not licensed or leased the CHEP Pallets to Defendant for use in the Defendant's business or for any other purpose.

3.      CHEP is entitled to recover all CHEP Pallets from Defendant with the retrieval schedule and ongoing recovery terms agreed to by the Parties separately in the Settlement Agreement of this litigation. Defendant shall provide access to the CHEP Pallets for retrieval and shall provide cooperation to CHEP during retrieval of the CHEP Pallets as required by the Settlement Agreement.

4. Defendant is hereby enjoined from any treatment of CHEP Pallets inconsistent with the Parties' Settlement Agreement or the ARP.

5. Defendant shall notify CHEP if it intends to relocate the Company's North Carolina facility.

6. This Consent Judgment shall bind all successors and assigns of the Parties.

7. Upon the Entry of this Consent Judgment, this Civil Action is hereby dismissed against the Defendant pursuant to Rule 41(a)(2) of the Federal Rules of Civil.

8. Each Party shall bear its own attorneys' fees and costs incurred in this Civil Action. Any future award of attorneys' fees and costs shall be awarded pursuant to the Settlement Agreement.

**CONSENTED TO BY**:

**STEVE'S PALLETS & LABOR, INC.**      **CHEP USA**

By: _____      By: _____
Name: Joseph R. Kinard      Name: Mario Birsa
Title:   Owner      Title:   National Mgr. Asset Protection & Security

HONORABLE JUDGE PRESIDING

**IT IS SO ORDERED.**

This, the 11th day of March 2024.

/s/ Loretta C. Biggs
United States District Judge

# CHEP Asset Identification & Ownership


A Brambles Company





Block Pallet

**Pallet Identification:**

CHEP marks its proprietary pallets with distinctive blue paint on all vertical edges along with its trademark/logo and the statement "Property of CHEP." If you come into possession of CHEP pallets, please promptly call 877-362-2437 to arrange for collection at CHEP's expense.

**CHEP's Business and Pallet Ownership:**

CHEP is in the pallet pooling business and rents its proprietary wooden block pallets to businesses throughout the United States. CHEP <u>does not</u> sell its pallets. CHEP retains exclusive ownership rights in all of its pallets at all times, and they may never be legally bought, sold, used, disposed of or otherwise dealt with (e.g. exchanged for white wood) in a way that is inconsistent with CHEP's ownership rights. Violators will be prosecuted to the fullest extent of the law.

The CHEP logo and words:

## Property of CHEP

Please return all CHEP assets, call 877-362-2437 for pick up

**CHEP USA** 5897 Windward Parkway Alpharetta, GA 30005 TEL +1 404 668 8100 www.chep.com

**EXHIBIT A**